Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
Ely Markarian (SBN 16108)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106-4617
Telephone: 702 868 2600
Fax: 702 385 6862
E-mail:dcanderson@duanemorris.com
         dbheidtke@duanemorris.com
         emarkarian@duanemorris.com

Attorneys for Defendant
*Genworth Life Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA A. SWYHART, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>GENWORTH LIFE INSURANCE CO. f/k/a GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, a Virginia Corporation, DOES I through X, ROE CORPORATIONS I through X,<br><br>          Defendants. | Civil Action No.: 2:24-cv-00197-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT GENWORTH LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Barbara A. Swyhart ("Swyhart") and Defendant Genworth Life Insurance Company ("Genworth") by and through their respective counsel of record, and pursuant to Local Rules IA 6-1, and 6-2, and Federal Rules of Civil Procedure ("FRCP") Rule 6, hereby stipulate and agree as follows:

WHEREAS, Swyhart filed her complaint on December 7, 2023 (the "Complaint");

WHEREAS, Swyhart served the Complaint on January 8, 2023;

WHEREAS, Genworth filed its Notice of Removal on January 29, 2024, which renders February 5, 2024, as Genworth's deadline to respond, pursuant to FRCP 81(c)(2)(C);

WHEREAS, Genworth has requested, and Swyhart has agreed to, an extension of time to file an answer or otherwise respond to the Complaint;

1   WHEREAS, Swyhart and Genworth have agreed that Genworth may file its answer or
2   otherwise respond to the Complaint on or before **Wednesday, March 6, 2024**;

3   WHEREAS, Swyhart and Genworth agree that the brief extension for Genworth's response
4   to the Complaint will not materially impact this matter, but will instead allow Genworth the requisite
5   time to obtain the documents and information necessary to substantively respond to the Complaint;

6   WHEREAS, FRCP Rule 6(b) requires Court approval of a request for an extension of time,
7   provided good cause showing and, therefore, Swyhart and Genworth collectively request the Court
8   approve the stipulation, and HEREBY STIPULATE AND AGREE as set forth below:

9   a. This is the Parties' first stipulation for an extension of time to respond to the Complaint;

10  b. The Parties stipulate and agree that the deadline for Genworth to file an answer or
11     otherwise respond to the Complaint shall be extended to **March 6, 2024**; and

12  c. This stipulation is made in god faith and not made for purposes of delay.

13  IT IS SO STIPULATED

| **THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, PC** | **DUANE MORRIS LLP** |
|---|---|
| By: */s/ Kevin R. Diamond*<br>Kevin R. Diamond (SBN 4967) | By: */s/ Dominica C. Anderson*<br>Dominica C. Anderson (SBN 2988) |
| Attorneys for Plaintiff<br>*Barbara A. Swyhart* | Attorneys for Defendant<br>*Genworth Life Insurance Company* |

IT IS ~~SO~~ ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/5/2024