1  KEVIN DIAMOND, ESQ.
   Nevada Bar No. 4967
2  THORNDAL ARMSTRONG, PC
   600 S. Las Vegas Blvd., Ste. 400
3  Las Vegas, NV 89101
   Tel: (702) 366-0622
4  Fax: (702) 366-0327
   krd@thorndal.com
5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA A. SWYHART, an individual, | CASE NO.   2:24-cv-00197 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| GENWORTH LIFE INSURANCE CO. f/k/a GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, a Virginia Corporation; DOES I through X; ROE CORPORATIONS I through X. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled cause of action may be dismissed with prejudice, each of the parties to pay their own costs and attorney's fees herein incurred.

IT IS FURTHER STIPULATED by and between the parties that a Scheduling Order has not been received.

. . .

. . .

. . .

. . .

. . .

[Stipulation and Order for Dismissal / Case No. 2:24-cv-00197]

IT IS FURTHER STIPULATED by and between the parties that no Request for Trial Setting has been filed with the Court in the above-entitled action, nor has this matter been set for trial.

DATED this 10th day of April, 2024.                    DATED this 10th day of April, 2024.

THORNDAL ARMSTRONG, PC                           DUANE MORRIS, LLP

By: /s/ Kevin Diamond                                         By: /s/ Danny Heidtke
   KEVIN R. DIAMOND, ESQ.                              DANNY HEIDTKE, ESQ.
   Nevada Bar No. 4967                                        Nevada Bar No. 12975
   1100 East Bridger Avenue                                100 North City Parkway, Ste. 1560
   Las Vegas, Nevada 89101                               Las Vegas, Nevada 89106-4617
   Attorneys for Plaintiff                                        Attorney for Defendant

O R D E R

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

By: /s/ Kevin Diamond
   KEVIN R. DIAMOND, ESQ.
   Nevada Bar No. 4967
   600 S. Las Vegas Blvd., Ste. 400
   Las Vegas, Nevada 89101
   Attorneys for Plaintiff